AO 93C (Rev. 8/18) Warrant by Telephone or Other Reliable Electronic Means          ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) | Case No. 2:21-mj-5672 |
| | ) | |
| 7727 Lankershim Blvd, Apartment 168 | ) | |
| North Hollywood, California 91605 | ) | |
| | ) | |
| | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-1*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to <u>18 U.S.C. § 3103a(b)</u>, I find that immediate notification may have an adverse result listed in <u>18 U.S.C. § 2705</u> (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for____days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:      December 17, 2021 at 1:29 PM                    _____
                                                                                                                   *Judge's signature*

City and state:      Los Angeles, CA                         Honorable Steve Kim
                                                                                    *Printed name and title*

AUSA: Bruce Riordan (213-894-0840)

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>*J:21-mj-5672* | Date and time warrant executed:<br>*12/21/2021  6:05* | Copy of warrant and inventory left with:<br>*Edwing Aceituno* |
| Inventory made in the presence of :<br>*Edwing Aceituno* | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>*SEE ATTACHED  FD-597, Receipt for Property* | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date:  *12/21/2021*<br><br>_____<br>*Executing officer's signature*<br><br>*Elizabeth C. Farrell Special Agent*<br>*Printed name and title* |

D-597 (Rev. 4-13-2015)                                                                                    Page __1__ of _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

(Case ID: __3056-SU-3509954__

On (date) __12/21/2021__     item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) __EDWIN ENRIQUE ACEITUNO__

(Street Address) __7727 LANKERSHIM BLVD.  Apt. 168__

(City) __North Hollywood, CA  91605__

Description of Item (s): _____

- One (1) iPhone S/N: V3W7DVFLVZ; IMEI: 354798787543066 w/ Charger.
- One (1) X Box game console (black)
- One (1) X Box external thumb drive (black), 1 TB storage.
- One (1) Verbatim thumb drive (green)
- One (1) Micro SD card
- One (1) Lithia thumb drive (white).
- One (1) Samsung tablet w/ cord (white)

Nothing Follows

Legal: FBI 310 477 6565

Received By: _____ (Signature)

Printed Name/Title: __E. FARRELL; Special Agent__

Received From: _____ (Signature)

Printed Name/Title: __Edwing Aceituno__